1  Brian A. E. Smith (SBN 188147)
   Alden KW Lee (SBN 257973)
2  Jeffrey D. Chen (SBN 267837)
   Joseph J. Fraresso (SBN 289228)
3  BARTKO, ZANKEL, BUNZEL, & MILLER
   One Embarcadero Center
4  San Francisco, CA 94111
   T: 415-956-1900
5  Email: bsmith@bzbm.com
   Email: alee@bzbm.com
6  Email: jchen@bzbm.com
   Email: jfraresso@bzbm.com
7
   Jonathan T. Suder (*Pro Hac Vice To Be Filed*)
8  Corby R. Vowell (*Pro Hac Vice To Be Filed*)
   Dave R. Gunter (*Pro Hac Vice To Be Filed*)
9  FRIEDMAN, SUDER & COOKE
   604 East 4th Street, Suite 200
10 Fort Worth, TX 76102
   T: 817-334-0400
11 F: 817-334-0401
   jts@fsclaw.com
12 vowell@fsclaw.com
   gunter@fsclaw.com
13
   Michael F. Heim (*Pro Hac Vice To Be Filed*)
14 Robert Allan Bullwinkel (*Pro Hac Vice To Be Filed*)
   Christopher M. First (*Pro Hac Vice To Be Filed*)
15 HEIM, PAYNE & CHORUSH, LLP
   1111 Bagby Street, Suite 2100
16 Houston, Texas 77002
   T: 713-221-2000
17 F: 713-221-2021
   mheim@hpcllp.com
18 abullwinkel@hpcllp.com
   cfirst@hpcllp.com
19
   *Counsel for Defendant and Counterclaimant,*
20 *Packet Intelligence LLC*

21              **UNITED STATES DISTRICT COURT**

22       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| 23  PALO ALTO NETWORKS, INC., | Case No. 3:19-cv-02471-WHO |
| 24          Plaintiff, | **PACKET INTELLIGENCE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 25 | |
| 26  v. | |
| 27  PACKET INTELLIGENCE LLC, | |
|            Defendant. | Before the Hon. William H. Orrick |
| 28 | |

Pursuant to Civil Local Rules 3-12 and 7-11, Packet Intelligence LLC ("Packet Intelligence") hereby moves the Court to consider whether a new case filed by Packet Intelligence on August 13, 2019 should be related to this case ("First Suit"). As the Court is aware, the First suit was initiated on May 7, 2019 and the litigation is in its early stages: while a schedule has not yet been entered, the parties recently conducted their 26(f) conference and served initial written discovery requests.

The new case filed by Packet Intelligence is styled *Packet Intelligence LLC vs. Juniper Networks, Inc.*, Case No. 3:19-cv-04741-JCS ("Second Suit"). Packet Intelligence filed this Second Suit against Juniper Networks, Inc. ("Juniper") alleging infringement of U.S. Patent Nos. 6,651,099; 6,665,725; 6,771,646; 6,839,751; and 6,954,789 ("Patents-in-Suit"). In the First Suit, this Court presides over matters related to the Second Suit, namely the infringement of the same asserted claims of the same Patents-in-Suit by each alleged infringer. Packet Intelligence now requests that the Court relate the First Suit and Second Suit so that each of them can proceed before the same judicial officer which was assigned to the earliest assigned case.

Under L.R. 3-12(a) and action is related to another when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expenses or conflicting results if the cases are conducted before different Judges.

The First Suit and Second Suit concern substantially the same parties, property, transaction or event as defined by Civil L.R. 3-12(a). Specifically, the cases involve the same patent owner, the same Patents-in-Suit, and infringement of the same claims of the Patents-in-Suit. As such, the first prong of the L.R. 3-12(a) is met. *See Fin. Fusion, Inc. v. Ablaise Ltd.*, 2006 U.S. Dist. LEXIS 97911, *10 (N.D. Cal. 2006).

The second prong is also met because having a different judge preside over the Second Suit would be an unduly burdensome duplication of labor and raise the danger of conflicting results. *Id*. The issues that arise out of the litigation will contain, at a minimum, sufficient overlap to create duplication of effort, for example, in construing the asserted claims. *Id*. at *11. Relating these cases

1  would meaningfully mitigate the risk of conflicting results.

2      As the First Suit and Second Suit are in the very early stages, involve the same property and
3  the same patent owner, and it appears likely that there will be an unduly burdensome duplication of
4  labor and expense or conflicting results if the cases are conducted before different Judges, Packet
5  Intelligence respectfully moves the Court to consider relating the cases.

6      Packet Intelligence has conferred with counsel for Palo Alto Networks regarding this
7  Motion and Palo Alto Networks is not opposed to the relief sought.

8

9  DATED: August 14, 2019    Respectfully submitted,

10      BARTKO ZANKEL BUNZEL & MILLER
11      A Professional Law Corporation

12

13      By:    */s/ Brian A. E. Smith*
14      Brian A. E. Smith
    *Counsel for Defendant and Counterclaimant*
15      *Packet Intelligence LLC*

16

17

18

19

20

21

22

23

24

25

26

27

28