James R. Batchelder (CSB # 136347)
Mark D. Rowland (CSB # 157862)
Andrew T. Radsch (CSB # 303665)
ROPES & GRAY LLP
1900 University Ave., Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com
mark.rowland@ropesgray.com
andrew.radsch@ropesgray.com

Attorneys for Plaintiff and Counter-Defendant
PALO ALTO NETWORKS, INC.

Brian A. E. Smith (SBN 188147)
Alden KW Lee (SBN 257973)
Jeffrey D. Chen (SBN 267837)
Joseph J. Fraresso (SBN 289228)
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Tel: (415) 956-1900
Email: bsmith@bzbm.com
Email: alee@bzbm.com
Email: jchen@bzbm.com
Email: jfraresso@bzbm.com

Counsel for Defendant and Counterclaimant
PACKET INTELLIGENCE LLC

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PALO ALTO NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACKET INTELLIGENCE LLC, <br><br> Defendant. | Case No. 3:19-cv-02471-WHO <br><br> Assigned to: Hon. William H. Orrick <br><br> **[Proposed] STIPULATED ADDENDUM TO PROTECTIVE ORDER** |

 WHEREAS, Plaintiff and Counterclaim Defendant Palo Alto Networks, Inc. ("Palo Alto Networks") and Defendant and Counterclaimant Plaintiff Packet Intelligence LLC ("Packet Intelligence") (collectively, "Parties") understand that certain information that is or will be produced pursuant to discovery demands by the Parties involves the production or disclosure of trade secrets, confidential business information, or other proprietary information of Non-Parties;

1  WHEREAS, the Court previously entered a Protective Order in this case on September 27, 2019 (Dkt. No. 37);

WHEREAS, the Court previously entered a Stipulated Addendum to Protective Order (Dkt. No. 43);

WHEREAS, the Parties have conferred, and counsel for the Parties have approved this Order;

THEREFORE, it is hereby ORDERED that:

1. Sections 2.8 and 7.3(b) of the Protective Order (Dkt. 37) shall be and are modified to include the underlined text below:

**2. DEFINITIONS**

…

2.8 "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" / "NON-PARTY HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items: extremely sensitive "Confidential Information or Items," disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means. "NON-PARTY HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items shall be treated the same as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items under this Protective Order, with the exception that House Counsel may not have access to "NON-PARTY HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items, as provided in Section 7.3(b).

…

**7. ACCESS TO AND USE OF PROTECTED MATERIAL**

…

7.3 Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY", "NON-PARTY HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "HIGHLY CONFIDENTIAL – SOURCE CODE" Information or Items. Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY", "NON-PARTY

1  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL –
2  SOURCE CODE" only to:
3    …
4    b) Designated House Counsel of the Receiving Party (1) who has no involvement in
5  competitive decision-making, (2) to whom disclosure is reasonably necessary for this litigation, (3)
6  who has signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), and (4) as to whom
7  the procedures set forth in paragraph 7.4(a)(1), below, have been followed. Designated House
8  Counsel shall not have access to any information or items designated "HIGHLY CONFIDENTIAL
9  – SOURCE CODE," or "NON-PARTY HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
10 ONLY";

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  November 26, 2019

By: /s/ Andrew T. Radsch


James R. Batchelder (CSB # 136347)
Mark D. Rowland (CSB # 157862)
Andrew T. Radsch (CSB # 303665)
**ROPES & GRAY LLP**
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com
mark.rowland@ropesgray.com
andrew.radsch@ropesgray.com


Attorneys for Plaintiff and Counter-Defendant
PALO ALTO NETWORKS, INC.

Dated:  November 26, 2019

By: /s/ Corby R. Vowell


Brian A. E. Smith (SBN 188147)
Alden KW Lee (SBN 257973)
Jeffrey D. Chen (SBN 267837)
Joseph J. Fraresso (SBN 289228)
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
T: 415-956-1900
Email: bsmith@bzbm.com
Email: alee@bzbm.com
Email: jchen@bzbm.com
Email: jfraresso@bzbm.com

Jonathan T. Suder (*Pro Hac Vice To Be Filed*)
Corby R. Vowell (*Pro Hac Vice To Be Filed*)
Dave R. Gunter (*Pro Hac Vice To Be Filed*)
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX  76102
T: 817-334-0400
F: 817-334-0401
jts@fsclaw.com

1
2
vowell@fsclaw.com
gunter@fsclaw.com

Michael F. Heim (*Pro Hac Vice To Be Filed*)
3
Robert Allan Bullwinkel (*Pro Hac Vice To Be Filed*)
4
Christopher M. First (*Pro Hac Vice To Be Filed*)
5
HEIM, PAYNE & CHORUSH, LLP
1111 Bagby Street, Suite 2100
6
Houston, Texas 77002
T: 713-221-2000
7
F: 713-221-2021
mheim@hpcllp.com
8
abullwinkel@hpcllp.com
cfirst@hpcllp.com
9
10
Counsel for Defendant and Counterclaimant
PACKET INTELLIGENCE LLC
11
12

Filer's Attestation: I attest that counsel for the parties have concurred in this filing.

13

*/s/ Andrew T. Radsch*

14
15
16

PURSUANT TO STIPULATION, IT IS SO ORDERED.

17
18
DATED: _____  _____
Hon. William H. Orrick
19
United States District Judge
20
21
22
23
24
25
26
27
28

-4-

**[PROPOSED] STIPULATED PROTECTIVE ORDER**         **CASE NO. 3:19-CV-02471-WHO**