James R. Batchelder (CSB # 136347)
Mark D. Rowland (CSB # 157862)
Andrew T. Radsch (CSB # 303665)
ROPES & GRAY LLP
1900 University Ave., Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com
mark.rowland@ropesgray.com
andrew.radsch@ropesgray.com

Attorneys for Plaintiff and Counter-Defendant
PALO ALTO NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PALO ALTO NETWORKS, INC., | ) Case No. 3:19-cv-02471-WHO |
| Plaintiff and Counter-Defendant, | ) Assigned to: Hon. William H. Orrick |
| v. | ) **PALO ALTO NETWORKS' NOTICE OF PENDING *INTER PARTES* REVIEW PETITIONS ADDRESSING ALL ASSERTED CLAIMS** |
| PACKET INTELLIGENCE LLC, | ) |
| Defendant and Counterclaimant. | ) |

Plaintiff and Counter-Defendant Palo Alto Networks, Inc. ("Palo Alto Networks") respectfully notifies the Court that, on February 4, 2020, Palo Alto Networks, jointly with Juniper Networks, Inc. ("Juniper"), filed multiple Petitions for *Inter Partes* Review ("Petitions") seeking review of all claims asserted by Defendant and Counterclaimant Packet Intelligence LLC ("Packet

///

///

///

///

-1-

**PALO ALTO NETWORKS' NOTICE OF PENDING *INTER PARTES* REVIEW
PETITIONS ADDRESSING ALL ASSERTED CLAIMS**  **CASE NO. 3:19-CV-02471-WHO**

-2-

Intelligence") in this action and in the co-pending action that Packet Intelligence filed against Juniper[1]:

| Case No. | Patent | Date Filed |
|---|---|---|
| IPR2020-00335 | 6,651,099 | 2/4/2020 |
| IPR2020-00485 | 6,651,099 | 2/4/2020 |
| IPR2020-00336 | 6,665,725 | 2/4/2020 |
| IPR2020-00337 | 6,771,646 | 2/4/2020 |
| IPR2020-00338 | 6,839,751 | 2/4/2020 |
| IPR2020-00339 | 6,954,789 | 2/4/2020 |
| IPR2020-00486 | 6,954,789 | 2/4/2020 |

Specifically, and as indicated in the above chart, Palo Alto Networks and Juniper jointly filed one petition on each of asserted U.S. Patent Nos. 6,665,725, 6,771,646, and 6,839,751, and filed two petitions on each of asserted U.S. Patent Nos. 6,651,099 and 6,954,789, which patents comprise all of the asserted patents in this action and in the Juniper action.[2]  As noted above, these seven petitions request review of all asserted claims in this action and in the Juniper action.

Pursuant to the guidance of the Court at the August 20, 2019 Case Management Conference and January 7, 2020 Subsequent Case Management Conference, Palo Alto Networks will promptly notify the Court when the Patent Trial and Appeal Board (PTAB) decides whether to institute trial on the Petitions.

---

[1] *See Packet Intelligence LLC v. Juniper Networks, Inc.*, Case No. 3:19-cv-04741-WHO (N.D. Cal.) ("the Juniper action").

[2] This Court related the Juniper action to this action on August 21, 2019.  Dkt. No. 33.

|     |     |
| --- | --- |
| 1   | Dated:  February 21, 2020 |
| 2   | By: */s/ Andrew T. Radsch* |
| 3   | James R. Batchelder (CSB # 136347) |
|     | Mark D. Rowland (CSB # 157862) |
| 4   | Andrew T. Radsch (CSB # 303665) |
|     | **ROPES & GRAY LLP** |
| 5   | 1900 University Ave. Sixth Floor |
|     | East Palo Alto, CA 94303-2284 |
| 6   | Tel: (650) 617-4000 |
|     | Fax: (650) 617-4090 |
| 7   | james.batchelder@ropesgray.com |
|     | mark.rowland@ropesgray.com |
| 8   | andrew.radsch@ropesgray.com |
| 9   |     |
|     | Attorneys for Plaintiff and Counter-Defendant |
| 10  | PALO ALTO NETWORKS, INC. |

-3-

**PALO ALTO NETWORKS' NOTICE OF PENDING *INTER PARTES* REVIEW**
**PETITIONS ADDRESSING ALL ASSERTED CLAIMS**                                         **CASE NO. 3:19-CV-02471-WHO**