UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACKET INTELLIGENCE LLC, <br><br> Defendant. | Case No. 19-cv-02471-WHO <br><br> **TENTATIVE CONSTRUCTIONS** |

Below are tentative constructions of the terms in dispute in the above matter. At the hearing on August 14, 2020, Palo Alto Networks, Inc. may have no more than 45 minutes of argument. Packet Intelligence LLC may have no more than one hour in total of argument in this and the related case.

**Agreed-to constructions:**

| Term | Construction |
|---|---|
| "child protocol" | No construction necessary. |
| "a slicer" | "a component or process that performs extraction operations on a packet" |

**Disputed Constructions:**

| **Term** | **Court's Tentative** |
|---|---|
| Preambles | The preambles of the Asserted Patents are limiting to the extent that they describe "packets passing through a connection point on a computer network." |
| "conversational flow(s)" / "conversational flow-sequence" | "the sequence of packets that are exchanged in any direction as a result of an activity—for instance, the running of an application on a server as requested by a client—and where some conversational flows involve more than one connection, and some even involve more than one exchange of packets between a client and server" |
| "flow-entry database including a plurality of flow-entries for conversational | "flow-entry database" is "a database configured to store entries, where each entry describes a flow" <br><br> No further construction necessary. |

| | |
|---|---|
| flows encountered by the monitor" / "database comprising flow-entries for previously encountered conversational flows" / "database of one or more flow-entries for any previously encountered conversational flows" / "flow-entry database [comprising none / for containing one] or more flow-entries for previously encountered conversational flows" / "database [comprising none / for containing one] or more flow-entries for previously encountered conversational flows" | |
| "the flow" / "existing flow" / "new flow" | "the conversational flow" / "new conversational flow" / "existing conversational flow" |
| "a protocol/state identification mechanism . . . configured to determine the protocol and state of the conversational flow of the packet" | Not subject to §112, ¶ 6; No construction necessary |

Dated: August 13, 2020

William H. Orrick
United States District Judge