James R. Batchelder (CSB # 136347)
Mark D. Rowland (CSB # 157862)
Andrew T. Radsch (CSB # 303665)
Stepan Starchenko (CSB # 318606)
**ROPES & GRAY LLP**
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com
mark.rowland@ropesgray.com
andrew.radsch@ropesgray.com
stepan.starchenko@ropesgray.com

Attorneys for Plaintiff / Counterclaim-
Defendant PALO ALTO NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PALO ALTO NETWORKS, INC., <br><br> Plaintiff / Counterclaim-Defendant, <br><br> v. <br><br> PACKET INTELLIGENCE LLC <br><br> Defendant / Counterclaimant. | Case No. 3:19-cv-02471-WHO <br><br> **ORDER GRANTING MOTION TO SHORTEN TIME ON PALO ALTO NETWORKS, INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW** |

# ORDER

Having considered Palo Alto Networks, Inc.'s ("Palo Alto Networks") Motion to Shorten Time On Palo Alto Networks' Motion To Stay Pending *Inter Partes* Review ("Motion to Shorten Time"), the Motion to Shorten Time is hereby **GRANTED**.

The following schedule sets forth the deadlines for Packet Intelligence LLC's Opposition and Palo Alto Networks' Reply regarding Palo Alto Networks' Motion to Stay Pending *Inter Partes* Review (Dkt. 85):

| Event | Date |
| --- | --- |
| Packet Intelligence's Opposition Brief | September 22, 2020 |
| Palo Alto Networks' Reply Brief | September 25, 2020 |
| Hearing (if any) | Per the Court's Schedule: 9/30/2020 |

**IT IS SO ORDERED.**

Signed this 16th day of September, 2020.



HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE