James R. Batchelder (CSB # 136347)
Mark D. Rowland (CSB # 157862)
Andrew T. Radsch (CSB # 303665)
ROPES & GRAY LLP
1900 University Ave., Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com
mark.rowland@ropesgray.com
andrew.radsch@ropesgray.com

Attorneys for Plaintiff and Counter-Defendant
PALO ALTO NETWORKS, INC.

Brian A. E. Smith (SBN 188147)
Alden KW Lee (SBN 257973)
Jeffrey D. Chen (SBN 267837)
Joseph J. Fraresso (SBN 289228)
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Tel: (415) 956-1900
Email: bsmith@bzbm.com
Email: alee@bzbm.com
Email: jchen@bzbm.com
Email: jfraresso@bzbm.com

Counsel for Defendant and
Counterclaimant
PACKET INTELLIGENCE LLC

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PALO ALTO NETWORKS, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> PACKET INTELLIGENCE LLC, <br><br> Defendant and Counterclaimant. | Case No. 3:19-cv-02471-WHO <br><br> Assigned to: Hon. William H. Orrick <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's January 10, 2022 Order Requiring Status Report (Dkt. 93), Plaintiff and Counter-Defendant Palo Alto Networks, Inc. ("Palo Alto Networks") and Defendant and Counterclaimant Packet Intelligence LLC ("Packet") (collectively, the "Parties"), provide this Joint Status Report regarding the status of the related *inter partes* review ("IPR") and *ex parte* reexamination ("EPR") proceedings in this and related case No. 19-cv-004741.

-1-

There are five patents-in-suit: U.S. Pat. Nos. 6,651,099 ("'099 patent"), 6,665,725 ("'725 patent"), 6,771,646 ("'646 patent"), 6,839,751 ("'751 patent"), and 6,954,789 ("'789 patent"). The Patent Trial and Appeal Board ("PTAB") instituted IPRs on the '725, '646, '751, and '789 patents, after which this Court granted Palo Alto Networks' motion to stay the litigation.[1]. Dkts. 85, 92. The PTAB did not institute IPR on the '099 patent. However, the United States Patent and Trademark Office ("USPTO") subsequently granted two requests for *ex parte* reexamination of the challenged claims of the '099 patent, having determined that each request presented a substantial new question of patentability. One of those requests asserted obviousness over prior art under 35 U.S.C § 103, while the other request asserted non-statutory obviousness-type double patenting. Those two EPR requests were consolidated and remain pending at the Patent Office.

On September 8 and 9, 2021, the PTAB issued Final Written Decisions ("FWDs") holding unpatentable (i) all challenged claims of the '725 and '751 patents, (ii) all but one of the challenged claims of the '646 patent (claim 3), and (iii) all but one of the challenged claims of the '789 patent (claim 34).

On October 8, 2021, Packet filed requests for director review of the FWDs holding its claims unpatentable. On November 22, 2021, the USPTO denied those requests for director review.

On January 14, 2022, a request for *ex parte* reexamination of claim 3 of the '646 patent was filed at the USPTO, requesting reexamination on the basis of non-statutory obviousness type double patenting. The Office has not yet issued a decision whether to grant or deny the reexamination request.

On January 21, 2022, Packet filed notices of appeal in connection with foregoing IPRs, and on January 24, 2022, Palo Alto Networks filed notices of cross-appeal as to the two claims held not unpatentable. On January 27, 2022, the Court of Appeals for the Federal Circuit consolidated those

---

[1] Palo Alto Networks notes that its motion requested the Court to "stay this matter pending the final resolution, **through appeal**, of *inter partes* review proceedings" (Dkt. 85 at i (bold emphasis added); *see also id.* at 13), and that the Court stated, "I GRANT PAN's motion" (Dkt. 92 at 4). Accordingly, Palo Alto Networks understands that the litigation is stayed through appeal of the IPRs. Packet does not join in this footnote.

-2-

**JOINT STATUS REPORT**  **CASE NO. 3:19-CV-02471-WHO**

appeals. Subject to any requested and granted extensions, briefing in that consolidated appeal is expected to commence in May 2022.

In summary, all claims asserted in the litigation are subject to appeals from IPRs, or are subject to EPR proceedings.

| | |
|---|---|
| Dated: February 11, 2022 | Dated: February 11, 2022 |
| By: */s/ Andrew T. Radsch* | By: */s/ Robert Allan Bullwinkel* |
| James R. Batchelder (CSB # 136347)<br>Mark D. Rowland (CSB # 157862)<br>Andrew T. Radsch (CSB # 303665)<br>ROPES & GRAY LLP<br>1900 University Ave. Sixth Floor<br>East Palo Alto, CA 94303-2284<br>Tel: (650) 617-4000<br>Fax: (650) 617-4090<br>james.batchelder@ropesgray.com<br>mark.rowland@ropesgray.com<br>andrew.radsch@ropesgray.com<br><br>Attorneys for Plaintiff and Counter-Defendant<br>PALO ALTO NETWORKS, INC. | Brian A. E. Smith (SBN 188147)<br>Alden KW Lee (SBN 257973)<br>Jeffrey D. Chen (SBN 267837)<br>Joseph J. Fraresso (SBN 289228)<br>BARTKO ZANKEL BUNZEL & MILLER<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>T: 415-956-1900<br>Email: bsmith@bzbm.com<br>Email: alee@bzbm.com<br>Email: jchen@bzbm.com<br>Email: jfraresso@bzbm.com<br><br>Jonathan T. Suder (*Pro Hac Vice*)<br>Corby R. Vowell (*Pro Hac Vice*)<br>Dave R. Gunter (*Pro Hac Vice*)<br>FRIEDMAN, SUDER & COOKE<br>604 East 4th Street, Suite 200<br>Fort Worth, TX 76102<br>T: 817-334-0400<br>F: 817-334-0401<br>jts@fsclaw.com<br>vowell@fsclaw.com<br>gunter@fsclaw.com<br><br>Michael F. Heim (*Pro Hac Vice*)<br>Robert Allan Bullwinkel (*Pro Hac Vice*)<br>Christopher M. First (*Pro Hac Vice*)<br>HEIM, PAYNE & CHORUSH, LLP<br>1111 Bagby Street, Suite 2100<br>Houston, Texas 77002<br>T: 713-221-2000<br>F: 713-221-2021<br>mheim@hpcllp.com<br>abullwinkel@hpcllp.com<br>cfirst@hpcllp.com<br><br>Counsel for Defendant and Counterclaimant<br>PACKET INTELLIGENCE LLC |

**ATTESTATION**

I, Andrew T. Radsch, am the ECF user whose identification and password are being used to file this JOINT STATUS REPORT. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories to this document have concurred in this filing.

DATED: February 11, 2022                                         */s/ Andrew T. Radsch*
                                                                                    Andrew T. Radsch (CSB # 303665)