| | |
|---|---|
| James R. Batchelder (CSB # 136347) | Brian A. E. Smith (SBN 188147) |
| Mark D. Rowland (CSB # 157862) | Joseph J. Fraresso (SBN 289228) |
| Andrew T. Radsch (CSB # 303665) | BARTKO ZANKEL BUNZEL & MILLER |
| ROPES & GRAY LLP | One Embarcadero Center, Suite 800 |
| 1900 University Ave., Sixth Floor | San Francisco, California 94111 |
| East Palo Alto, CA 94303-2284 | Tel: (415) 956-1900 |
| Tel: (650) 617-4000 | Email: bsmith@bzbm.com |
| Fax: (650) 617-4090 | Email: jfraresso@bzbm.com |
| james.batchelder@ropesgray.com | |
| mark.rowland@ropesgray.com | Counsel for Plaintiff, Defendant, and Counterclaimant |
| andrew.radsch@ropesgray.com | PACKET INTELLIGENCE LLC |

Attorneys for Plaintiff and Counter-Defendant
PALO ALTO NETWORKS, INC.

[Additional counsel listed on signature page]

Alan M. Fisch (*pro hac vice*)
*alan.fisch@fischllp.com*
R. William Sigler (*pro hac vice*)
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
Tel: 202.362.3500
Fax: 202.362.3501

Ken K. Fung (SBN: 283854)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
Tel: 650.362.8207
Fax: 202.362.3501

Counsel for Defendant
Juniper Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PALO ALTO NETWORKS, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> PACKET INTELLIGENCE LLC, <br><br> Defendant and Counterclaimant. | Case No. 3:19-cv-02471-WHO <br><br> Assigned to: Hon. William H. Orrick <br><br> **JOINT STATUS REPORT** |
| PACKET INTELLIGENCE LLC, <br><br> Plaintiff, <br><br> v. <br><br> Juniper Networks, Inc., <br><br> Defendant. | Case No. 3:19-cv-04741-WHO <br><br> Assigned to: Hon. William H. Orrick <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's September 1, 2022 Order Requiring Status Report (Dkt. 95 in the *PAN* case and Dkt. 85 in the *Juniper* case),[1] Plaintiff and Counter-Defendant Palo Alto Networks, Inc. ("Palo Alto Networks"), Defendant Juniper Networks, Inc. ("Juniper"), and Plaintiff, Defendant, and Counterclaimant Packet Intelligence LLC ("Packet") (collectively, the "Parties"), provide this Joint Status Report regarding the status of the related *inter partes* review ("IPR") and *ex parte* reexamination ("EPR") proceedings in the *PAN* and *Juniper* cases.[2]

On February 11, 2022, the Parties filed a Joint Status Report (Dkt. 94, in the *PAN* case and Dkt. 84 in the *Juniper* case) ("February Joint Status Report"), explaining that all claims asserted in

---

[1] Case No. 3:19-cv-02471-WHO will be referred to as "the *PAN* case" and case No. 3:19-cv-04741 will be referred to as "the *Juniper* case."

[2] There are five patents in both cases: U.S. Pat. Nos. 6,651,099 ("'099 patent"), 6,665,725 ("'725 patent"), 6,771,646 ("'646 patent"), 6,839,751 ("'751 patent"), and 6,954,789 ("'789 patent").

the litigation were subject to appeals from IPRs, or subject to EPR proceedings. Those IPR appeals and EPR proceedings are ongoing. The Parties provide updates on each below.

Updates Concerning Pending Appeals of *Inter Partes* Reviews

Since the February Joint Status Report, the Parties have commenced and are in the midst of briefing the consolidated appeals of the IPRs at the Federal Circuit. The USPTO moved for and was granted leave to intervene in the appeals of the IPRs. Packet filed its Opening Brief on July 5, 2022. PAN/Juniper's Opening Brief is due on October 14, 2022. Absent any extensions, the USPTO's Response Brief is due November 23, 2022; Packet's Reply Brief is due January 2, 2023; and PAN/Juniper's Reply Brief is due January 24, 2023. The Parties expect oral argument to occur in the Spring of 2023.

Updates Concerning Pending *Ex Parte* Reexaminations

Since the February Joint Status Report, on March 2, 2022, the USPTO granted a request for *ex parte* reexamination of claim 3 of the '646 patent, having determined that the request presented a substantial new question of patentability based on non-statutory obviousness-type double patenting. On July 21, 2022, the USPTO issued a non-final office action rejecting claim 3 as being unpatentable for non-statutory obviousness-type double patenting. Packet's response to that office action is presently due on September 21, 2022.

With respect to the '099 patent, the two requests for *ex parte* reexamination of the challenged claims of the '099 patent that were granted by the USPTO, remain pending at the USPTO. Office actions will be forthcoming.

\*   \*   \*

In summary, all claims asserted in the litigation remain subject to ongoing appeals from IPRs and/or ongoing EPR proceedings at the USPTO.

| | | |
|---|---|---|
| 1 | Dated: September 14, 2022 | Dated: September 14, 2022 |
| 2 | By: /s/ Andrew T. Radsch | By: /s/ R. Allan Bullwinkel |

James R. Batchelder (CSB # 136347)
Mark D. Rowland (CSB # 157862)
Andrew T. Radsch (CSB # 303665)
ROPES & GRAY LLP
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com
mark.rowland@ropesgray.com
andrew.radsch@ropesgray.com

Attorneys for Plaintiff and Counter-Defendant
PALO ALTO NETWORKS, INC.

Dated: September 14, 2022

By: /s/ Jeffrey M. Saltman

Alan M. Fisch (pro hac vice)
alan.fisch@fischllp.com
R. William Sigler (pro hac vice)
bill.sigler@fischllp.com
Jeffrey M. Saltman (pro hac vice)
jeffrey.saltman@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
Tel: 202.362.3500
Fax: 202.362.3501

Ken K. Fung (SBN: 283854)
ken.fung@fischllp.com
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
Tel: 650.362.8207
Fax: 202.362.3501

Counsel for Defendant
Juniper Networks, Inc.

Brian A. E. Smith (SBN 188147)
Joseph J. Fraresso (SBN 289228)
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
T: 415-956-1900
Email: bsmith@bzbm.com
Email: jfraresso@bzbm.com

Jonathan T. Suder (Pro Hac Vice)
Dave R. Gunter (Pro Hac Vice)
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
T: 817-334-0400
F: 817-334-0401
jts@fsclaw.com
gunter@fsclaw.com

Michael F. Heim (Pro Hac Vice)
Robert Allan Bullwinkel (Pro Hac Vice)
Christopher M. First (Pro Hac Vice)
HEIM, PAYNE & CHORUSH, LLP
1111 Bagby Street, Suite 2100
Houston, Texas 77002
T: 713-221-2000
F: 713-221-2021
mheim@hpcllp.com
abullwinkel@hpcllp.com
cfirst@hpcllp.com

Counsel for Plaintiff, Defendant, and Counterclaimant
PACKET INTELLIGENCE LLC

**ATTESTATION**

I am the ECF user whose identification and password are being used to file this JOINT STATUS REPORT. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories to this document have concurred in this filing.

DATED: September 14, 2022              */s/ R. Allan Bullwinkel*
                                        R. Allan Bullwinkel