| | |
|---|---|
| Brian A. E. Smith (SBN 188147) | James R. Batchelder (CSB # 136347) |
| Joseph J. Fraresso (SBN 289228) | Andrew T. Radsch (CSB # 303665) |
| BARTKO LLP | Stepan Starchenko (CSB # 318606) |
| 1100 Sansome Street | ROPES & GRAY LLP |
| San Francisco, CA 94111 | 1900 University Ave., Sixth Floor |
| T: 415-956-1900 | East Palo Alto, CA 94303-2284 |
| Email: bsmith@bartkolaw.com | Tel: (650) 617-4000 |
| Email: jfraresso@bartkolaw.com | Fax: (650) 617-4090 |
| | james.batchelder@ropesgray.com |
| Jonathan T. Suder (*Pro Hac Vice*) | andrew.radsch@ropesgray.com |
| Dave R. Gunter (*Pro Hac Vice*) | stepan.starchenko@ropesgray.com |
| FRIEDMAN, SUDER & COOKE | |
| 604 East 4th Street, Suite 200 | Attorneys for Plaintiff and Counter-Defendant |
| Fort Worth, TX 76102 | PALO ALTO NETWORKS, INC. |
| T: 817-334-0400 | |
| F: 817-334-0401 | Alan M. Fisch (pro hac vice) |
| jts@fsclaw.com | alan.fisch@fischllp.com |
| gunter@fsclaw.com | R. William Sigler (pro hac vice) |
| | bill.sigler@fischllp.com |
| Michael F. Heim (*Pro Hac Vice*) | Jeffrey M. Saltman (pro hac vice) |
| Robert Allan Bullwinkel (*Pro Hac Vice*) | jeffrey.saltman@fischllp.com |
| Christopher M. First (*Pro Hac Vice*) | FISCH SIGLER LLP |
| HEIM, PAYNE & CHORUSH, LLP | 5301 Wisconsin Avenue NW, Suite 400 |
| 609 Main Street, Suite 3200 | Washington, DC 20015 |
| Houston, Texas 77002 | Tel : 202.362.3500 |
| T: 713-221-2000 | Fax : 202.362.3501 |
| F: 713-221-2021 | |
| mheim@hpcllp.com | Ken K. Fung (SBN: 283854) |
| abullwinkel@hpcllp.com | ken.fung@fischllp.com |
| cfirst@hpcllp.com | FISCH SIGLER LLP |
| | 400 Concar Drive |
| Attorneys for Plaintiff, Defendant and | San Mateo, CA 94402 |
| Counterclaimant, | Tel: 650.362.8207 |
| PACKET INTELLIGENCE LLC | Fax: 202.362.3501 |
| | |
| | Attorneys for Defendant |
| | JUNIPER NETWORKS, INC. |

Case No. 3:19-cv-02471-WHO; 3:19-cv-04741-WHO

JOINT STATUS REPORT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PALO ALTO NETWORKS, INC. | Case No. 3:19-cv-02471-WHO |
| Plaintiff and Counter-Defendant, | Assigned to: Hon. William H. Orrick |
| v. | **JOINT STATUS REPORT** |
| PACKET INTELLIGENCE LLC, | |
| Defendant and Counterclaimant | |

| | |
|---|---|
| PACKET INTELLIGENCE LLC, | Case No. 3:19-cv-04741-WHO |
| Plaintiff, | Assigned to: Hon. William H. Orrick |
| v. | **JOINT STATUS REPORT** |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

Pursuant to the Court's August 28, 2024 Clerk's Notice (ECF 101 in the *Palo Alto Networks* case and ECF 92 in the *Juniper* case), the parties collectively provide this Joint Status Report regarding the status of the related *inter partes* review and *ex parte* reexamination proceedings, including appeals.

As the parties previously advised, all claims asserted in the litigation were subject to ongoing appeals from IPRs and/or ongoing EPR proceedings (or appeals therefrom). As detailed below, all of these proceedings are now complete.

The consolidated appeals of the IPRs (Federal Circuit Case Nos. 22-1398, 22-1400, 22-1401, 22-1403, 22-1404, 22-1405 and 22-1406) were decided on May 2, 2024 (*see* Exhibit A). Judgment was issued by the Court of Appeals on May 2, 2024 (*see* Exhibit B) affirming the PTAB's Final Written Decisions, which made the following findings:

| Patent | Claims Held Unpatentable | Claims Held Not Unpatentable |
|---|---|---|
| '725 Patent | 10, 12, 13, 16, and 17 | |
| '646 Patent | 1, 2, 7, 16, and 18 | 3 |
| '751 Patent | 1, 2, 5, 10, 14, 15, and 17 | |
| '789 Patent | 1, 2, 13-17, 19, 20, 31, 33, 42, 44, 48, and 49 | 34 |

And the Court of Appeal's Mandate was issued on June 24, 2024 (*see* Exhibit C).

On December 6, 2023, the United States Patent and Trademark Office ("USPTO") issued its Decision on Appeal relating to the reexamination proceedings for U.S. Patent No. 6,771,646 (*see* Exhibit D). On February 9, 2024, the USPTO issued a Notice of Intent to Issue a Reexam Certificate (*see* Exhibit E). On March 22, 2024, the USPTO issued the *Ex Parte* Reexamination Certificate for U.S. Patent No. 6,771,646 (*see* Exhibit F) confirming patentability of claim 3.

On April 19, 2024, the USPTO issued a Notice of Intent to Issue a Reexam Certificate in the merged reexamination proceedings under 90/014,727 and 90/014,784, (*see* Exhibit G). On May 1, 2024, Patent Owner filed its Comments on Statement of Reasons for Patentability and/or Confirmation (*see* Exhibit H). On June 20, 2024, the USPTO issued the *Ex Parte* Reexamination Certificate for U.S. Patent No. 6,651,099 (*see* Exhibit I) confirming patentability of claims 1, 2, 4, and 5.

Based on the outcome of the above proceedings, which are now complete, the following Asserted Claims have been found not unpatentable in the *Palo Alto* and *Juniper* cases:

*Palo Alto* Case:

U.S. Patent No. 6,651,099 – Claims 1 and 2

U.S. Patent No. 6,771,646 – Claim 3

U.S. Patent No. 6,954,789 – Claim 34

*Juniper* Case:

U.S. Patent No. 6,651,099 – Claims 1, 2, 4 and 5

U.S. Patent No. 6,771,646 – Claim 3

U.S. Patent No. 6,954,789 – Claim 34

The parties respectfully request that the Court set a status conference to discuss scheduling in these matters.

**Packet Intelligence's Position**: Packet Intelligence objected to inclusion of the following arguments in this Joint Status Report. However, Palo Alto Networks and Juniper refused to agree to a submission of the Joint Status Report without these arguments, which were provided only recently to Packet Intelligence. Packet Intelligence reserves the right to address these scheduling requests and arguments after Packet Intelligence has had sufficient time to meaningfully consider them and then confer with Palo Alto Networks and Juniper on these issues.

**Palo Alto Networks' and Juniper's Position**: Palo Alto Networks and Juniper further respectfully request that, should the Court decide to lift the stay, the discussion of scheduling include a schedule for supplemental claim construction briefing to address (1) rulings by the Federal Circuit that bear on the meaning of disputed claim terms, including the "conversational flow" limitation appearing in every remaining claim; (2) new intrinsic evidence and claim construction disputes arising from Packet's statements in the IPRs and EPRs, *see, e.g.*, *Aylus Networks, Inc. v. Apple Inc.*, 856 F.3d 1353, 1359 (Fed. Cir. 2017) (noting that patentee's statements in IPRs and EPRs are intrinsic evidence relevant to claim construction and finding prosecution disclaimer arising from statements patentee made in an IPR preliminary response), *F5 Networks, Inc. v. Radware, Inc.*, No. 17-cv-03166-VC, 2018 WL 6039873, at *1 (N.D. Cal. Nov. 19, 2018) (finding prosecution

disclaimer based on patentee positions in an IPR and granting summary judgment of no infringement as a result); and (3) new legal authority relevant to previously disputed claim terms. Palo Alto Networks and Juniper also request that the Court hold a supplemental claim construction hearing to address this new evidence/authority.

Dated: September 16, 2024

By: */s/ Andrew T. Radsch*
James R. Batchelder (CSB # 136347)
Andrew T. Radsch (CSB # 303665)
Stepan Starchenko (CSB # 318606)
ROPES & GRAY LLP
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com
andrew.radsch@ropesgray.com
stepan.starchenko@ropesgray.com

Attorneys for Plaintiff and Counter-Defendant
PALO ALTO NETWORKS, INC.

Dated: September 16, 2024

By: */s/ Ken K. Fung*
Alan M. Fisch (*pro hac vice*)
*alan.fisch@fischllp.com*
R. William Sigler (*pro hac vice*)
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW, Suite 400
Washington, DC 20015
Tel: 202.362.3500
Fax: 202.362.3501

Ken K. Fung (SBN: 283854)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
Tel: 650.362.8207

Dated: September 16, 2024

By: */s/ R. Allan Bullwinkel*
Brian A. E. Smith (SBN 188147)
Joseph J. Fraresso (SBN 289228)
BARTKO LLP
1100 Sansome Street
San Francisco, California 94111
T: 415-956-1900
Email: bsmith@bartolaw.com
Email: jfraresso@bartolaw.com

Jonathan T. Suder (*Pro Hac Vice*)
Dave R. Gunter (*Pro Hac Vice*)
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
T: 817-334-0400
F: 817-334-0401
jts@fsclaw.com
gunter@fsclaw.com

Michael F. Heim (*Pro Hac Vice*)
Robert Allan Bullwinkel (*Pro Hac Vice*)
Christopher M. First (*Pro Hac Vice*)
HEIM, PAYNE & CHORUSH, LLP
609 Main Street, Suite 3200
Houston, Texas 77002
T: 713-221-2000
F: 713-221-2021
mheim@hpcllp.com
abullwinkel@hpcllp.com
cfirst@hpcllp.com

Counsel for Plaintiff, Defendant, and Counterclaimant
PACKET INTELLIGENCE LLC

Fax: 202.362.3501

Counsel for Defendant
JUNIPER NETWORKS, INC.

**<u>ATTESTATION</u>**

I am the ECF user whose identification and password are being used to file this JOINT STATUS REPORT. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories to this document have concurred in this filing.

DATED: September 16, 2024.                         */s/ R. Allan Bullwinkel*