UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PALO ALTO NETWORKS, INC., Plaintiff, v. PACKET INTELLIGENCE LLC, Defendant. | Case No. 19-cv-02471-WHO<br><br>**ORDER OF RECUSAL** |
|---|---|
| PACKET INTELLIGENCE LLC, Plaintiff, v. JUNIPER NETWORKS INC. Defendant. | Case No. 19-cv-04741-WHO<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled actions, hereby recuse myself from these related cases and request that the cases be reassigned pursuant to the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: October 2, 2024

_____
WILLIAM H. ORRICK
United States District Judge