| | |
|---|---|
| Brian A. E. Smith (SBN 188147) | James R. Batchelder (CSB # 136347) |
| Joseph J. Fraresso (SBN 289228) | Andrew T. Radsch (CSB # 303665) |
| BARTKO, ZANKEL, BUNZEL, & MILLER | ROPES & GRAY LLP |
| One Embarcadero Center | 1900 University Ave., Sixth Floor |
| San Francisco, CA 94111 | East Palo Alto, CA 94303-2284 |
| T: 415-956-1900 | Tel: (650) 617-4000 |
| Email: bsmith@bartkolaw.com | Fax: (650) 617-4090 |
| Email: jfraresso@bartkolaw.com | james.batchelder@ropesgray.com |
| | andrew.radsch@ropesgray.com |
| Jonathan T. Suder (*Pro Hac Vice*) | Ryan C. Brunner (*Pro Hac Vice*) |
| Dave R. Gunter (*Pro Hac Vice*) | ROPES & GRAY LLP |
| FRIEDMAN, SUDER & COOKE | 2099 Pennsylvania Avenue, N.W. |
| 604 East 4th Street, Suite 200 | Tel : (202) 508-4600 |
| Fort Worth, TX 76102 | Fax : (202) 508-4650 |
| T: 817-334-0400 | ryan.brunner@ropesgray.com |
| F: 817-334-0401 | |
| jts@fsclaw.com | *Attorneys for Plaintiff and Counter-Defendant* |
| gunter@fsclaw.com | *PALO ALTO NETWORKS, INC.* |

Michael F. Heim (*Pro Hac Vice*)
Robert Allan Bullwinkel (*Pro Hac Vice*)
Christopher M. First (*Pro Hac Vice*)
HEIM, PAYNE & CHORUSH, LLP
609 Main Street, Suite 3200
Houston, Texas 77002
T: 713-221-2000
F: 713-221-2021
mheim@hpcllp.com
abullwinkel@hpcllp.com
cfirst@hpcllp.com

*Attorneys for Plaintiff, Defendant and Counterclaimant,*
*PACKET INTELLIGENCE LLC*

Alan M. Fisch (pro hac vice)
alan.fisch@fischllp.com
R. William Sigler (pro hac vice)
bill.sigler@fischllp.com
Jeffrey M. Saltman (pro hac vice)
jeffrey.saltman@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW, Suite 400
Washington, DC 20015
Tel : 202.362.3500
Fax : 202.362.3501

Ken K. Fung (SBN: 283854)
ken.fung@fischllp.com
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
Tel: 650.362.8207
Fax: 202.362.3501

*Attorneys for Defendant*
*JUNIPER NETWORKS, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PALO ALTO NETWORKS, INC.<br><br>    Plaintiff and Counter-Defendant,<br><br>  v.<br><br>PACKET INTELLIGENCE LLC,<br><br>    Defendant and Counterclaimant. | Case No. 3:19-cv-02471-VC<br><br>**JOINT SCHEDULING PROPOSALS**<br><br>Before the Honorable Vince Chhabria |
| PACKET INTELLIGENCE LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JUNIPER NETWORKS, INC.,<br><br>    Defendant. | Case No. 3:19-cv-04741-VC<br><br>**JOINT SCHEDULING PROPOSALS**<br><br>Before the Honorable Vince Chhabria |

Pursuant to the Court's instructions at the October 11, 2024 Further Case Management Conference and October 18, 2024 Minute Entry (-02471 Dkt. 116, -04741 Dkt. 104) the Parties collectively submit the proposed schedules set forth below.

**Palo Alto Networks' and Juniper's Position:**

Palo Alto Networks and Juniper jointly propose schedules that have the two cases proceed together through the dispositive motions hearing, and then sequentially for separate trials. This approach will allow the Parties and Court to resolve common pre-trial issues efficiently, including claim construction.

Some of the key differences between Palo Alto Networks and Juniper's proposed schedules, on one hand, and Packet Intelligence's proposed schedules, on the other, are driven by disagreement over the timing and sequence of the exchanges contemplated in the Patent Local Rules. And consistent with the Court's direction at the case management conference, Palo Alto Networks and

Juniper propose a schedule in which Packet Intelligence first provides an updated set of infringement contentions that accounts for the post-grant proceedings, the reduced claim set, and the discovery produced to date. Similarly, Palo Alto Networks and Juniper propose updated invalidity contentions to account for the post-grant proceedings and the reduced claim set (not as a "redo" as Packet Intelligence alleges). Further, as the Court requested, the proposed schedule includes new and complete claim construction briefing.

Palo Alto Networks and Juniper propose that Packet Intelligence provide amended infringement contentions on a date certain at the outset. Packet Intelligence suggests that Palo Alto Networks and Juniper should first supplement their discovery responses or confirm no supplementation is needed, but Packet Intelligence's position is contrary to the Patent Local Rules. Under Patent L.R. 3-1, the party claiming patent infringement must provide its detailed infringement contentions at the outset of discovery, and before an accused infringer provides technical discovery.

Packet Intelligence should not need any discovery to serve amended contentions that account for developments in Patent Office proceedings and comply with the Patent Local Rules. But in any event, Packet Intelligence has received discovery, including interrogatory responses and source code, which it reviewed in detail prior to these cases being stayed. Packet Intelligence does not dispute that it should serve amended infringement contentions, and it has no excuse for any further delay in doing so. Moreover, Palo Alto Networks confirms that (i) it produced all relevant source code prior to the stay, (ii) that same source code remains available for Packet Intelligence to review, and (iii) the source code describes precisely how the accused functionality operates. Similarly, Juniper offered its source code for Packet Intelligence's review prior to the stay, but Packet Intelligence has yet to review it. Thus, no supplementation is needed, and so even under Packet Intelligence's proposal (-02471 Dkt. 115 at 2), Packet Intelligence should serve detailed amended contentions within 30 days.

Palo Alto Networks and Juniper also propose that the Parties follow *all* of the exchanges set out in the Patent Local Rules—subject only to this Court's decision on whether claim construction briefing and hearing should be held as contemplated in Patent Local Rules 4-5 and 4-

6 (Scenario No. 1 below) or as part of summary judgment in accordance with this Court's usual practice (Scenario No. 2 below). This includes invalidity contentions and claim construction positions, as well as damages contentions (the latter of which Packet Intelligence now concedes). Much has changed in the intervening years since the cases were stayed, and there is no reason that the Parties should not follow all of the contentions exchanges in the Patent Local Rules, including damages contentions.

Finally, with respect to trial, Packet Intelligence now backtracks from the Parties' previous joint proposals that would have had the Juniper trial proceed before the Palo Alto Networks trial. *See* -02471 Dkt. 105, -04741 Dkt. 96. There is no reason to change that now. Indeed, because there are two claims asserted against Juniper but not Palo Alto Networks, the Juniper trial has the potential to moot the Palo Alto Networks trial entirely, but the reverse is not true.

**Packet Intelligence's Position:**

Packet Intelligence's proposed schedules set forth below take into account the status of each case prior to the stay of litigation. The proposed dates differ from those requested by Palo Alto Networks and Juniper in several key areas, including contentions, claim construction, and post-Markman deadlines for case-specific issues (e.g., expert reports and case-specific motion practice).

First, several case P.R. 3 milestones had already been completed prior to the stay, including exchange of infringement contentions, invalidity contentions, and damages contentions. There is no reason to wholesale revisit these same milestones.

Packet Intelligence served its infringement contentions on Palo Alto Networks in September 2019, and per Palo Alto Networks' request, amended those contentions three weeks later. The case was not stayed until one year later. During that time, Palo Alto Networks never moved the Court alleging that Packet Intelligence's infringement contentions were deficient. Their current request for amendment due to a purported lack of compliance with the Patent Local Rules has been waived. What was not an issue for a year in litigation should not now become an issue because certain claims are no longer at issue in the case.

Similarly, Packet Intelligence served its infringement contentions on Juniper in January 2020. Over the next nine months, Juniper did not allege that those contentions were deficient. There

is no reason the contentions have somehow become deficient because a smaller subset of claims are now at issue in the case. Palo Alto Networks' and Juniper's request for amended contentions should be denied—they waited many months during the case without raising the concerns they are now relying on to justify their request.

Indeed, the purported deficiencies *now* identified by Palo Alto Networks[1] regarding the infringement contentions are essentially non-infringement positions to which they seek a response. Furthermore, they seek a response to these newly identified non-infringement positions without providing Packet Intelligence discovery to substantiate their positions. Palo Alto Networks repeatedly refers to source code; however, source code is not the only relevant document detailing the accused products. Rather, Palo Alto Networks has internal technical documents detailing the operation of the accused products at a granular level that are considerably more accessible, descriptive, and informative than cryptic source code. To the extent that Palo Alto Networks seeks amended contentions to address their new non-infringement positions, they should first be required to provide discovery into those non-infringement positions. And that discovery should include more than just source code. Providing source code without corresponding documentation is like asking someone to find relevant caselaw in a full set of reporters without an index. In short, Palo Alto Networks seeks to impede and inhibit Packet Intelligence's investigation by limiting the bulk of its technical production to source code.

Regarding invalidity contentions, there is no reason for amendment. Furthermore, Palo Alto Networks and Juniper are estopped from raising theories they could have raised in the seven IPRs they filed (and subsequently, three reexams for claims that survived IPR). Just because the case was stayed for 4 years to address their parallel validity attacks on the patents does not warrant a "redo" of their invalidity theories.

Regarding damages contentions, Packet Intelligence is amenable to updating its damages contentions in light of the passage of time and expiration of the patents, which warrants a lump-sum damages approach (as opposed to an ongoing royalty).

---

[1] No specific deficiencies have been articulated by Juniper.

Another milestone—claim construction—was all but complete before the cases were stayed. The Parties had fully briefed claim construction and the Court held a *Markman* hearing. Therefore, Packet Intelligence proposes a shortened supplemental claim construction process solely for terms not previously identified by the Parties rather than a complete redo as Palo Alto Networks and Juniper request.

Finally, Packet Intelligence's proposed dates for deadlines occurring after claim construction and through trial for the Juniper matter are approximately three months later than those proposed for the Palo Alto Networks matter, to adequately account for the stage of discovery of each case prior to the stay. This same arrangement was in place prior to the 4-year stay, and there is no reason to deviate from that arrangement.

**Proposed Scenario No. 1 (Infringement Contentions First, Followed by Claim Construction, Summary Judgment and then Trial)**

| Deadline | Palo Alto Networks' and Juniper's Proposed Date | Packet Intelligence's Proposed Date |
|---|---|---|
| Packet Intelligence to amend infringement contentions | 11/14/24 | 30 days after Palo Alto Networks, Inc.'s supplements discovery responses or confirms no supplementation. |
| Palo Alto Networks and Juniper to amend invalidity contentions | 12/30/24<br>Patent L.R. 3-3<br>(45 days after Infringement Contentions) | N/A<br>Completed prior to stay |
| Exchange of Proposed Terms for Construction | 01/13/24<br>Patent L.R. 4-1<br>(14 days after Invalidity Contentions);<br>J. Chhabria Civ. Standing Order ¶ 56 | 11/15/24<br>Exchange is limited to terms not previously identified for construction |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 02/03/25<br>Patent L.R. 4-2<br>(21 days after Proposed Terms);<br>J. Chhabria Civ. Standing Order ¶ 56 | 12/05/24 |

| Deadline | Palo Alto Networks' and Juniper's Proposed Date | Packet Intelligence's Proposed Date |
|---|---|---|
| Supplemental Damages Contentions | 02/18/25<br>Patent L.R. 3-8<br>(50 days after Invalidity Contentions) | 02/18/25 |
| Joint Claim Construction and Prehearing Statement and Expert Reports | 02/28/25<br>Patent L.R. 4-3<br>(60 days after Invalidity Contentions);<br>J. Chhabria Civ. Standing Order ¶ 56 | 01/04/25 |
| Supplemental Responsive Damages Contentions | 03/20/25<br>Patent L.R. 3-9<br>(30 days after Damages Contentions) | 03/20/25 |
| Completion of Claim Construction Discovery | 03/31/25<br>Patent L.R. 4-4<br>(30 days after Joint Claim Construction Statement);<br>J. Chhabria Civ. Standing Order ¶ 56 | 02/03/25 |
| Opening claim construction brief. | 04/14/25<br>Patent L.R. 4-5<br>(45 days after Joint Claim Construction Statement) | 02/18/25 |
| Responsive claim construction brief. | 04/28/25<br>Patent L.R. 4-5<br>(14 days after Opening Claim Construction Brief) | 03/04/25<br>Patent L.R. 4-5 (14 days after opening) |
| Reply claim construction brief. | 05/05/25<br>Patent L.R. 4-5<br>(7 days after Responsive Claim Construction Briefs) | 03/11/25<br>Patent L.R. 4-5 (7 days after response) |
| Submit technology synopsis/tutorial. | 05/12/25<br>J. Chhabria Civ. Standing Order ¶ 59 | 4 weeks before claim construction hearing |
| Parties to file joint claim construction and chart. | | 10 days before claim construction hearing |
| Claim Construction Hearing | **Approximately 05/19/25**<br>Patent L.R. 4-5 | TBD |

| Deadline | Palo Alto Networks' and Juniper's Proposed Date | Packet Intelligence's Proposed Date |
|---|---|---|
| | (2 weeks after Reply Claim Construction Briefs, subject to convenience of Court) | |
| Damages Contentions Meeting | **05/19/25** Patent L.R. 3-10 (60 days after Responsive Damages Contentions) | **05/19/25** |
| Disclosure of Advice of Counsel and accompanying document production pursuant to Pat. L.R. 3-7 | 30 days after Court's Claim Construction Ruling Patent L.R. 3-7 | 30 days after Court's Claim Construction Ruling Patent L.R. 3-7 |
| Deadline to Complete Mediation | **12/18/25** (After close of expert discovery) | Palo Alto: **09/24/25** Juniper: **12/19/25** |
| Deadline to Exchange Privilege Logs | | Palo Alto: **04/08/25** Juniper: **07/08/25** |
| Close of fact discovery | **08/14/25** | Palo Alto: **04/28/25** Juniper: **07/28/25** |
| Initial expert reports | **09/23/25** | Palo Alto: **06/02/25** Juniper: **09/01/25** |
| Rebuttal expert reports | **10/30/25** | Palo Alto: **07/02/25** Juniper: **10/01/25** |
| Close of expert discovery | **12/05/25** | Palo Alto: **07/28/25** Juniper: **10/27/25** |
| Last Day to File Dispositive Motions (including Daubert Motions) | | Palo Alto: **09/09/25** Juniper: **12/09/25** |
| Packet Intelligence Dispositive Motions | **01/23/26** J. Chhabria Civ. Standing Order (if cross motions, at least 7 weeks before hearing) | |
| Palo Alto Networks and Juniper Dispositive Motions and Opposition | **02/20/26** J. Chhabria Civ. Standing Order ¶ 41 | |

| Deadline | Palo Alto Networks' and Juniper's Proposed Date | Packet Intelligence's Proposed Date |
|---|---|---|
| Packet Intelligence Opposition and Reply | **03/13/26**<br>J. Chhabria Civ. Standing Order ¶ 41 | |
| Palo Alto Networks and Juniper Reply | **03/27/26**<br>J. Chhabria Civ. Standing Order ¶ 41 | |
| Dispositive Motions heard by | **Week of 04/13/26**<br>J. Chhabria Civ. Standing Order ¶ 15 (~2-3 months before Pretrial Conference) | Palo Alto: **10/14/25**<br>Juniper: **01/13/26** |
| Juniper and Packet Intelligence: Meet and confer regarding pretrial conference; serve motions in limine | 06/01/26<br>J. Chhabria Civ. Trials Order | 28 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |
| Juniper and Packet Intelligence: Serve oppositions to motions in limine; File proposed supplemental juror questionnaire and proposed jury instructions | 06/08/26<br>J. Chhabria Civ. Trials Order | 21 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |
| Juniper and Packet Intelligence: File joint pretrial conference statement, motions in limine, and oppositions to motions in limine | 06/15/26<br>J. Chhabria Civ. Trials Order | 14 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |
| Juniper and Packet Intelligence: File involved individuals list, proposed verdict forms, statement of the case, exhibit list | 06/22/26<br>J. Chhabria Civ. Trials Order | 7 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |
| Juniper and Packet Intelligence: Arrangement of daily transcript or real-time reporting; Filing of proposed order for exhibit presentation equipment and technology | 06/29/26<br>J. Chhabria Civ. Trials Order | 21 days before trial |

| Deadline | Palo Alto Networks' and Juniper's Proposed Date | Packet Intelligence's Proposed Date |
|---|---|---|
| Juniper and Packet Intelligence: Final pretrial conference | **06/30/26**<br>J. Chhabria Civ. Trials Order | **03/23/26** |
| Juniper and Packet Intelligence: Contact courtroom deputy regarding courtroom layout and technology | **07/03/26**<br>J. Chhabria Civ. Trials Order | 14 days before trial |
| Juniper and Packet Intelligence: Joint filing of all designations of deposition testimony | **07/10/26**<br>J. Chhabria Civ. Trials Order | 10 days before trial<br>J. Chhabria Civ. Trials Order |
| Juniper and Packet Intelligence: Deliver original trial exhibit set and thumb drive of exhibits | **07/13/26**<br>J. Chhabria Civ. Standing Order | 7 days before trial<br>J. Chhabria Civ. Standing Order |
| Juniper and Packet Intelligence: Trial | **07/20/26**<br>J. Chhabria Civ. Standing Order | **04/27/26** |
| Palo Alto Networks and Packet Intelligence: Meet and confer regarding pretrial conference; serve motions in limine | **07/28/26**<br>J. Chhabria Civ. Trials Order | 28 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |
| Palo Alto Networks and Packet Intelligence: Serve oppositions to motions in limine; File proposed supplemental juror questionnaire and proposed jury instructions | **08/04/26**<br>J. Chhabria Civ. Trials Order | 21 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |
| Palo Alto Networks and Packet Intelligence: File joint pretrial conference statement, motions in limine, and oppositions to motions in limine | **08/11/26**<br>J. Chhabria Civ. Trials Order | 14 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |
| Palo Alto Networks and Packet Intelligence: File involved individuals list, | **08/18/26**<br>J. Chhabria Civ. Trials Order | 7 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |

-9-
JOINT SCHEDULING PROPOSALS                    CASE NOS. 3:19-CV-02471-VC, 3:19-CV-04741-VC

| Deadline | Palo Alto Networks' and Juniper's Proposed Date | Packet Intelligence's Proposed Date |
|---|---|---|
| proposed verdict forms, statement of the case, exhibit list | | |
| Palo Alto Networks and Packet Intelligence: Arrangement of daily transcript or real-time reporting; Filing of proposed order for exhibit presentation equipment and technology | 08/24/26<br>J. Chhabria Civ. Trials Order | 21 days before trial |
| Palo Alto Networks and Packet Intelligence: Final pretrial conference | 08/25/26<br>J. Chhabria Civ. Trials Order | **12/21/25** |
| Palo Alto Networks and Packet Intelligence: Contact courtroom deputy regarding courtroom layout and technology | 08/28/26<br>J. Chhabria Civ. Trials Order | 14 days before trial<br>J. Chhabria Civ. Trials Order |
| Palo Alto Networks and Packet Intelligence: Joint filing of all designations of deposition testimony | 09/04/26<br>J. Chhabria Civ. Trials Order | 10 days before trial<br>J. Chhabria Civ. Standing Order |
| Palo Alto Networks and Packet Intelligence: Deliver original trial exhibit set and thumb drive of exhibits | 09/07/26<br>J. Chhabria Civ. Standing Order | 7 days before trial<br>J. Chhabria Civ. Standing Order |
| Palo Alto Networks and Packet Intelligence: Trial | 09/14/26<br>J. Chhabria Civ. Standing Order | **01/28/26** |

**Proposed Scenario No. 2 (Infringement Contentions First, Discovery, Claim Construction and Summary Judgment Together, then Trial)**

| Deadline | Palo Alto Networks' and Juniper's Proposed Date | Packet Intelligence's Proposed Date |
|---|---|---|
| Packet Intelligence to amend infringement contentions | 11/14/24 | 30 days after Palo Alto Networks, Inc. supplements |

| Deadline | Palo Alto Networks' and Juniper's Proposed Date | Packet Intelligence's Proposed Date |
|---|---|---|
| | | discovery responses or confirms no supplementation. |
| Palo Alto Networks and Juniper to amend invalidity contentions | 12/30/24<br>Patent L.R. 3-3<br>(45 days after Infringement Contentions) | N/A<br>Completed prior to stay |
| Exchange of Proposed Terms for Construction | 01/13/24<br>Patent L.R. 4-1<br>(14 days after Invalidity Contentions);<br>J. Chhabria Civ. Standing Order ¶ 56 | 11/15/24<br>Exchange is limited to terms not previously identified for construction |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 02/03/25<br>Patent L.R. 4-2<br>(21 days after Proposed Terms);<br>J. Chhabria Civ. Standing Order ¶ 56 | 12/05/24 |
| Supplemental Damages Contentions | 02/18/25<br>Patent L.R. 3-8<br>(50 days after Invalidity Contentions) | 02/18/25 |
| Joint Claim Construction and Prehearing Statement and Expert Reports | 02/28/25<br>Patent L.R. 4-3<br>(60 days after Invalidity Contentions);<br>J. Chhabria Civ. Standing Order ¶ 56 | 01/04/25 |
| Supplemental Responsive Damages Contentions | 03/20/25<br>Patent L.R. 3-9<br>(30 days after Damages Contentions) | 03/20/25 |
| Completion of Claim Construction Discovery | 03/31/25<br>Patent L.R. 4-4<br>(30 days after Joint Claim Construction Statement);<br>J. Chhabria Civ. Standing Order ¶ 56 | 30 days before filing of dispositive motions |
| Damages Contentions Meeting | 05/19/25<br>Patent L.R. 3-10 | 05/19/25 |

| Deadline | Palo Alto Networks' and Juniper's Proposed Date | Packet Intelligence's Proposed Date |
|---|---|---|
| | (60 days after Responsive Damages Contentions) | |
| Disclosure of Advice of Counsel and accompanying document production pursuant to Pat. L.R. 3-7 | 06/18/25 | 04/08/25 |
| Deadline to Complete Mediation | 12/18/25 (After close of expert discovery) | Palo Alto: **09/24/25** Juniper: **12/19/25** |
| Deadline to Exchange Privilege Logs | | Palo Alto: **04/08/25** Juniper: **07/08/25** |
| Close of fact discovery | 08/14/25 | Palo Alto: **04/28/25** Juniper: **07/28725** |
| Initial expert reports | 09/23/25 | Palo Alto: **06/02/25** Juniper: **09/01/25** |
| Rebuttal expert reports | 10/30/25 | Palo Alto: **07/02/25** Juniper: **10/01/25** |
| Close of expert discovery | 12/05/25 | Palo Alto: **07/28/25** Juniper: **10/27/25** |
| Last Day to File Dispositive Motions (including Daubert Motions and claim construction) | | Palo Alto: **09/09/25** Juniper: **10/09/25** |
| Packet Intelligence Dispositive Motions (including Claim Construction) | 01/23/26 J. Chhabria Civ. Standing Order (if cross motions, at least 7 weeks before hearing) | |
| Palo Alto Networks and Juniper Dispositive Motions and Opposition (including Claim Construction) | 02/20/26 J. Chhabria Civ. Standing Order ¶ 41 | |
| Packet Intelligence Opposition and Reply | 03/13/26 J. Chhabria Civ. Standing Order ¶ 41 | |
| Palo Alto Networks and Juniper Reply | 03/27/26 J. Chhabria Civ. Standing Order ¶ 41 | |

| Deadline | Palo Alto Networks' and Juniper's Proposed Date | Packet Intelligence's Proposed Date |
|---|---|---|
| Claim Construction Tutorial | **04/09/26**<br>J. Chhabria Civ. Standing Order ¶ 59 | 4 weeks prior to dispositive motions hearing |
| Dispositive Motions heard by (including claim construction) | **Week of 04/13/26**<br>J. Chhabria Civ. Standing Order ¶ 15 (~2-3 months before Pretrial Conference) | Palo Alto: **10/14/25**<br>Juniper: **01/13/26** |
| Juniper and Packet Intelligence: Meet and confer regarding pretrial conference; serve motions in limine | **06/01/26**<br>J. Chhabria Civ. Trials Order | 28 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |
| Juniper and Packet Intelligence: Serve oppositions to motions in limine; File proposed supplemental juror questionnaire and proposed jury instructions | **06/08/26**<br>J. Chhabria Civ. Trials Order | 21 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |
| Juniper and Packet Intelligence: File joint pretrial conference statement, motions in limine, and oppositions to motions in limine | **06/15/26**<br>J. Chhabria Civ. Trials Order | 14 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |
| Juniper and Packet Intelligence: File involved individuals list, proposed verdict forms, statement of the case, exhibit list | **06/22/26**<br>J. Chhabria Civ. Trials Order | 7 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |
| Juniper and Packet Intelligence: Arrangement of daily transcript or real-time reporting; Filing of proposed order for exhibit presentation equipment and technology | **06/29/26**<br>J. Chhabria Civ. Trials Order | 21 days before trial |
| Juniper and Packet Intelligence: Final pretrial conference | **06/30/26**<br>J. Chhabria Civ. Trials Order | Palo Alto: **12/21/25**<br>Juniper: **03/23/26** |

| Deadline | Palo Alto Networks' and Juniper's Proposed Date | Packet Intelligence's Proposed Date |
|---|---|---|
| Juniper and Packet Intelligence: Contact courtroom deputy regarding courtroom layout and technology | 07/03/26<br>J. Chhabria Civ. Trials Order | 14 days before trial<br>J. Chhabria Civ. Trials Order |
| Juniper and Packet Intelligence: Joint filing of all designations of deposition testimony | 07/10/26<br>J. Chhabria Civ. Trials Order | 10 days before trial<br>J. Chhabria Civ. Trials Order |
| Juniper and Packet Intelligence: Deliver original trial exhibit set and thumb drive of exhibits | 07/13/26<br>J. Chhabria Civ. Standing Order | 7 days before trial<br>J. Chhabria Civ. Standing Order |
| Juniper and Packet Intelligence: Trial | 07/20/226<br>J. Chhabria Civ. Standing Order | 04/27/26 |
| Palo Alto Networks and Packet Intelligence: Meet and confer regarding pretrial conference; serve motions in limine | 07/28/26<br>J. Chhabria Civ. Trials Order | 28 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |
| Palo Alto Networks and Packet Intelligence: Serve oppositions to motions in limine; File proposed supplemental juror questionnaire and proposed jury instructions | 08/04/26<br>J. Chhabria Civ. Trials Order | 21 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |
| Palo Alto Networks and Packet Intelligence: File joint pretrial conference statement, motions in limine, and oppositions to motions in limine | 08/11/26<br>J. Chhabria Civ. Trials Order | 14 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |
| Palo Alto Networks and Packet Intelligence: File involved individuals list, proposed verdict forms, statement of the case, exhibit list | 08/18/26<br>J. Chhabria Civ. Trials Order | 7 days before Pretrial Conference<br>J. Chhabria Civ. Trials Order |

| Deadline | Palo Alto Networks' and Juniper's Proposed Date | Packet Intelligence's Proposed Date |
|---|---|---|
| Palo Alto Networks and Packet Intelligence: Arrangement of daily transcript or real-time reporting; Filing of proposed order for exhibit presentation equipment and technology | 08/24/26<br>J. Chhabria Civ. Trials Order | 21 days before Trial |
| Palo Alto Networks and Packet Intelligence: Final pretrial conference | 08/25/26<br>J. Chhabria Civ. Trials Order | **12/21/25** |
| Palo Alto Networks and Packet Intelligence: Contact courtroom deputy regarding courtroom layout and technology | 08/28/26<br>J. Chhabria Civ. Trials Order | 14 days before Trial<br>J. Chhabria Civ. Trials Order |
| Palo Alto Networks and Packet Intelligence: Joint filing of all designations of deposition testimony | 09/04/26<br>J. Chhabria Civ. Trials Order | 10 days before Trial<br>J. Chhabria Civ. Standing Order |
| Palo Alto Networks and Packet Intelligence: Deliver original trial exhibit set and thumb drive of exhibits | 09/07/26<br>J. Chhabria Civ. Standing Order | 7 days before Trial<br>J. Chhabria Civ. Standing Order |
| Palo Alto Networks and Packet Intelligence: Trial | 09/14/26<br>J. Chhabria Civ. Standing Order | **01/28/26** |

| | | |
|---|---|---|
|1| Dated: October 25, 2024 | Dated: October 25, 2024 |
|2| By: */s/ Dave R. Gunter* | By: */s/ Andrew T. Radsch* |
| | Brian A. E. Smith (SBN 188147) | James R. Batchelder (CSB # 136347) |
| | Joseph J. Fraresso (SBN 289228) | Andrew T. Radsch (CSB # 303665) |
| | BARTKO, ZANKEL, BUNZEL, & MILLER | ROPES & GRAY LLP |
| | One Embarcadero Center | 1900 University Ave., Sixth Floor |
| | San Francisco, CA 94111 | East Palo Alto, CA 94303-2284 |
| | T: 415-956-1900 | Tel: (650) 617-4000 |
| | Email: bsmith@bartkolaw.com | Fax: (650) 617-4090 |
| | Email: jfraresso@bartkolaw.com | james.batchelder@ropesgray.com |
| | | andrew.radsch@ropesgray.com |
| | Jonathan T. Suder (*Pro Hac Vice*) | Ryan C. Brunner (*Pro Hac Vice*) |
| | Dave R. Gunter (*Pro Hac Vice*) | ROPES & GRAY LLP |
| | FRIEDMAN, SUDER & COOKE | 2099 Pennsylvania Avenue, N.W. |
| | 604 East 4th Street, Suite 200 | Tel : (202) 508-4600 |
| | Fort Worth, TX 76102 | Fax : (202) 508-4650 |
| | T: 817-334-0400 | ryan.brunner@ropesgray.com |
| | F: 817-334-0401 | |
| | jts@fsclaw.com | *Attorneys for Plaintiff and Counter-Defendant* |
| | gunter@fsclaw.com | *PALO ALTO NETWORKS, INC.* |
| | Michael F. Heim (*Pro Hac Vice*) | By: */s/ Jeffrey M. Saltman* |
| | Robert Allan Bullwinkel (*Pro Hac Vice*) | Alan M. Fisch (pro hac vice) |
| | Christopher M. First (*Pro Hac Vice*) | alan.fisch@fischllp.com |
| | HEIM, PAYNE & CHORUSH, LLP | R. William Sigler (pro hac vice) |
| | 609 Main Street, Suite 3200 | bill.sigler@fischllp.com |
| | Houston, Texas 77002 | Jeffrey M. Saltman (pro hac vice) |
| | T: 713-221-2000 | jeffrey.saltman@fischllp.com |
| | F: 713-221-2021 | FISCH SIGLER LLP |
| | mheim@hpcllp.com | 5301 Wisconsin Avenue NW, Suite 400 |
| | abullwinkel@hpcllp.com | Washington, DC 20015 |
| | cfirst@hpcllp.com | Tel : 202.362.3500 |
| | | Fax : 202.362.3501 |
| | *Attorneys for Plaintiff, Defendant and Counterclaimant,* | |
| | *PACKET INTELLIGENCE LLC* | Ken K. Fung (SBN: 283854) |
| | | ken.fung@fischllp.com |
| | | FISCH SIGLER LLP |
| | | 400 Concar Drive |
| | | San Mateo, CA 94402 |
| | | Tel: 650.362.8207 |
| | | Fax: 202.362.3501 |
| | | |
| | | *Attorneys for Defendant* |
| | | *JUNIPER NETWORKS, INC.* |

# ATTESTATION

I am the ECF user whose identification and password are being used to file this JOINT STATUS REPORT.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories to this document have concurred in this filing.

DATED: October 25, 2024.            */s/ Dave R. Gunter*