| | |
|---|---|
| James R. Batchelder (CSB # 136347)<br>Andrew T. Radsch (CSB # 303665)<br>**ROPES & GRAY LLP**<br>1900 University Ave. Sixth Floor<br>East Palo Alto, CA 94303-2284<br>Tel: (650) 617-4000<br>Fax: (650) 617-4090<br>james.batchelder@ropesgray.com<br>andrew.radsch@ropesgray.com<br><br>Ryan C. Brunner (*Pro Hac Vice*)<br>**ROPES & GRAY LLP**<br>2099 Pennsylvania Avenue, N.W.<br>Tel : (202) 508-4600<br>Fax : (202) 508-4650<br>ryan.brunner@ropesgray.com<br><br>*Attorneys for Plaintiff and Counterclaim-Defendant*<br>*PALO ALTO NETWORKS, INC.* | Brian A. E. Smith (SBN 188147)<br>Joseph J. Fraresso (SBN 289228)<br>**BARTKO, ZANKEL, BUNZEL, & MILLER**<br>One Embarcadero Center<br>San Francisco, CA 94111<br>T: 415-956-1900<br>Email: bsmith@bartkolaw.com<br>Email: jfraresso@bartkolaw.com<br><br>\*Additional counsel on signature page<br><br>*Attorneys for Defendant and Counterclaimant*<br>PACKET INTELLIGENCE LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PALO ALTO NETWORKS, INC.,<br><br>Plaintiff / Counterclaim-Defendant,<br><br>v.<br><br>PACKET INTELLIGENCE LLC<br><br>Defendant / Counterclaimant. | Case No. 3:19-cv-02471-VC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Before the Hon. Vince Chhabria |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim-Defendant Palo Alto Networks, Inc. ("PAN") and Defendant and Counterclaimant Packet Intelligence LLC ("Packet Intelligence") jointly stipulate and request that all claims brought by PAN against Packet Intelligence in this litigation and all counterclaims brought by Packet Intelligence against PAN in this litigation be dismissed with prejudice.

The parties further stipulate that each shall bear its own costs and attorneys' fees.

Dated:  December 18, 2024

By: /s/ Andrew T. Radsch
James R. Batchelder (CSB # 136347)
Andrew T. Radsch (CSB # 303665)
ROPES & GRAY LLP
1900 University Ave., Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com
andrew.radsch@ropesgray.com

Ryan C. Brunner (*Pro Hac Vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Tel : (202) 508-4600
Fax : (202) 508-4650
ryan.brunner@ropesgray.com

*Attorneys for Plaintiff and Counterclaim-Defendant*
*PALO ALTO NETWORKS, INC.*

Dated:  December 18, 2024

By: /s/ Dave R. Gunter
Brian A. E. Smith (SBN 188147)
Joseph J. Fraresso (SBN 289228)
BARTKO, ZANKEL, BUNZEL, & MILLER
One Embarcadero Center
San Francisco, CA 94111
T: 415-956-1900
Email: bsmith@bartkolaw.com
Email: jfraresso@bartkolaw.com

Jonathan T. Suder (*Pro Hac Vice*)
Dave R. Gunter (*Pro Hac Vice*)
Alexander Yow (*Pro Hac Vice*)
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
T: 817-334-0400
F: 817-334-0401
jts@fsclaw.com
gunter@fsclaw.com

Michael F. Heim (*Pro Hac Vice*)
Robert Allan Bullwinkel (*Pro Hac Vice*)
Christopher M. First (*Pro Hac Vice*)
HEIM, PAYNE & CHORUSH, LLP
609 Main Street, Suite 3200
Houston, Texas 77002
T: 713-221-2000
F: 713-221-2021
mheim@hpcllp.com
abullwinkel@hpcllp.com
cfirst@hpcllp.com

*Attorneys for Defendant and Counterclaimant*
*PACKET INTELLIGENCE LLC*

**CERTIFICATION OF APPROVAL TO FILE JOINTLY**

I am the ECF user whose identification and password are being used to file this Joint Discovery Dispute Letter. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories to this document have concurred in this filing.

*/s/ Andrew T. Radsch*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of December, 2024, this document was filed with the Court via the ECF system, which provided notice to all counsel of record.

*/s/ Andrew T. Radsch*