UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PALO ALTO NETWORKS, INC.,<br><br>Plaintiff / Counterclaim-Defendant,<br><br>v.<br><br>PACKET INTELLIGENCE LLC<br><br>Defendant / Counterclaimant. | Case No. 3:19-cv-02471-VC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Before the Hon. Vince Chhabria |

Before the Court is the Joint Stipulation of Dismissal filed by Plaintiff and Counterclaim-Defendant Palo Alto Networks, Inc. ("PAN") and Defendant and Counterclaimant Packet Intelligence LLC ("Packet Intelligence"). In the Stipulation, the parties stipulate that PAN's claims are dismissed with prejudice and Packet Intelligence's counterclaims are dismissed with prejudice. The parties have further agreed that each party will bear its own costs, expenses, and attorneys' fees.

In view of the Stipulation, the Court **ORDERS** that all claims asserted by PAN in this case are **DISMISSED WITH PREJUDICE** and all claims asserted by Packet Intelligence in this case are **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs, expenses, and attorneys' fees. All pending requests for relief are **DENIED AS MOOT.**

Dated: December  18, 2024.

_____
U.S. DISTRICT JUDGE